JAMES McNEIL, as Administrator, etc., Appellant, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Respondent.

(Argued March 13, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 28, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*John W. Lyon* for appellant.

*Lewis E. Carr* for respondent.

Agree to affirm ; no opinion.
All concur, except ANDREWS, Ch. J., not voting.
Judgment affirmed.

---

GEORGE M. BEEBE, Respondent, *v.* THE BOARD OF SUPERVISORS OF SULLIVAN COUNTY et al., Appellants.*

(Argued March 13, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 3, 1892, which reversed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and ordered a new trial.

*Lewis E. Carr* for appellants.

*John A. Thompson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

*Reported below, 64 Hun, 377.